

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

In the Interest of A.R., a Child

No. 06-15-00056-CV

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 14-0648). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment terminating appellant's parental rights to A.R. and render a judgment denying the Department's petition to terminate appellant's parental rights to A.R.

We further order that the payment of all costs of this appeal are waived pursuant to TEX. HUM. RES. CODE ANN. § 40.062 (West Supp. 2015).

RENDERED NOVEMBER 9, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk